**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| YOLANDA DENISE COLLEY | NO. 09-29213 |
| DEBTOR | JUDGE: Hollis |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

As you know, our firm represents Mortgage Clearing Corporation in your Chapter 13 case number 09-29213. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 07/07/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 09/2009 – 07/2011 monthly payments at $29.55 each | = | $679.65 |
| Outstanding late charge balance $5.92 | = | $5.92 |
| TOTAL | = | $685.57 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for Mortgage Clearing Corporation

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-026326

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**